# United States District Court
## For The Western District of North Carolina
## Asheville Division

DENNIS ROGER VANDYKE

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                1:12-cv-130

BUTNER REGIONAL CENTRAL
HOSPITAL ADMINISTRATOR, et al.

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/25/12 Order.

Signed: June 25, 2012

Frank G. Johns, Clerk
United States District Court